IN THE UNITED STATES DISTRICT COURT
FOR THE _Eastern_ DISTRICT OF TEXAS
_Tyler_ DIVISION

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

_Michael Davis 2036732_
Plaintiff's name and ID Number

_Estelle Unit_
Place of Confinement

CASE NO: 6:16CV1055 RWS/JDL
(Clerk will assign the number)

v. _711 W Ferguson Tyler, TX. 75702_
_Gary King_
Defendant's name and address

_711 W Ferguson Tyler, Tx. 75702_
_Officer Reed_
Defendant's name and address

_Tyler Police Dept. 711 W Ferguson Tyler, Tx. 75702_
Defendant's name and address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

# FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $350.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "…if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $350 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

## I. PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?    ✓ YES    ___ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

  1. Approximate date of filing lawsuit: 3-25-16

  2. Parties to previous lawsuit:
     Plaintiff(s): Michael Davis
     Defendant(s): Director TDCJ - CID

  3. Court (If federal, name the district; if state, name the county) Greg

  4. Docket Number: 6:16cv232

  5. Name of judge to whom case was assigned: Mitchell

  6. Disposition: (Was the case dismissed, appealed, still pending?) Pending

  7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _Estelle Unit_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution? _____ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THE SUIT:

A. Name of address of plaintiff: _Estelle Unit 264 F.M. 3478 Huntsville, Tx. 77320_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Gary King Head of Auto Theft Tyler Police 711 W Ferguson Tyler, Tx. 75702_

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
_Failed to render due process of theft of my vehicle and property._

Defendant #2: _Patrolman Reed Tyler Police 711 W Ferguson Tyler, Tx. 75702_

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
_Didn't file a report make arrest or retrieve my belongings._

Defendant #3: _Tyler Police 711 W Ferguson Tyler, Tx. 75702_

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
_Allow King and Reed to be employeed_

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Dan Strickland 4468 Canyon Circle Tyler, Tx. is my witness that Tara Lynn Spears forged signiture on the title to my truck and sold it to Wayland Mills, who I was in jail with. Oct, 19, 2015 Officer Reed talked to me and Mills told me no charges could be filed that it wasn't up to him and the Police dept. to retrieve my truck that it was up to my people. Before my mom could get to location Mills had my truck moved. I still haven't gotten my truck. Reed was also told Tara Spears stole my S.S.I. check for the month of Aug. 2015 Case # 15-025350, no report or arrest! I wrote letters to the police magistraite Mitchell. My mom talked to Gary King who told her no charges could be file, but he'd help find my truck.

VI. RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

Recover money for pain + suffering, damages and losses.

VII. GENERAL BACKGROUND INFORMATION:

   A. State, in complete form, all names you have ever used or been known by including any and all aliases:

   Mike Davis, Michael Wayne Davis

   B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

   1083169, 2036732, 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, 12947459

VIII. SANCTIONS:

   A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

   B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

      1. Court that imposed sanctions (If federal, give district and division): _____

      2. Case Number: _____

      3. Approximate date sanctions were imposed: _____

      4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES __✓__ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning were imposed: _____

Executed on: _____
(Date)

_____
(Printed Name)

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __19__ day of __July__, 20 __16__.
(Day)            (Month)            (Year)

Michael Davis
(Printed Name)

Michael Davis
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.

Michael Davis 2036732
Estelle Unit
264 FM 3478
Huntsville, Tx. 77320

Clerk O'Toole
United States District Court
211 W Ferguson Rm 106
Tyler, Tx. 75702